UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL GARCIA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SCHLUMBERGER LIFT SOLUTIONS LLC,<br><br>　　　　　　　　Defendants. | CASE NO. 1:18-cv-01261-DAD-JLT<br><br>**ORDER CLOSING THE ACTION AS TO DEFENDANT SCHLUMBERGER TECHNOLOGY CORPORATION ONLY** |

The parties have stipulated to dismiss the action as to Schlumberger Technology Corporation without prejudice, with each side to bear their own fees and costs. (Doc. 16) The stipulation relies upon Fed.R.Civ.P. 41. Accordingly, the Clerk of Court is **DIRECTED** to close this action as to Schlumberger Technology Corporation **only**.

IT IS SO ORDERED.

　Dated:　**February 5, 2019**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE