1  HEATHER D. HEARNE, SBN 254496
   hdh@kullmanlaw.com
2  **THE KULLMAN FIRM**
   A Professional Law Corporation
3  4605 Bluebonnet Blvd., Suite A
   Baton Rouge, LA 70809
4  Tel.: (225) 906-4245
   Fax: (225) 906-4230
5
6  Attorneys for All Defendants

7  Peter R. Dion-Kindem, SBN 95267
8  THE DION-KINDEM LAW FIRM
   2945 Townsgate Road, Suite 200
9  Westlake Village, CA 19361
   Telephone: (818) 883-4900
10 Fax: (818) 338-2533
   Email: peter@dion-kindemlaw.com
11
12 Attorneys for Plaintiff, Cristobal Garcia

13 *[additional counsel on next page]*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTOBAL GARCIA, an individual, on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**SCHLUMBERGER LIFT SOLUTIONS LLC, SCHLUMBERGER ROD LIFT, INC., and SCHLUMBERGER TECHNOLOGY CORPORATION,**<br><br>**Defendants.** | **CASE NO. 1:18-cv-01261-DAD-JLT**<br><br>**JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING SETTLEMENT CONFERENCE<br>(Doc. 29)** |

1

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SETTLEMENT CONFERENCE**

ROBERT P. LOMBARDI, *pro hac vice*
rpl@kullmanlaw.com
**THE KULLMAN FIRM**
A Professional Law Corporation
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Tel: (504) 524-4162
Fax: (504) 596-4114

Attorneys for Defendants,
Schlumberger Lift Solutions, LLC,
Schlumberger Rod Lift, Inc., and
Schlumberger Technology Corp.


Lonnie C. Blanchard, III, SBN 93530
THE BLANCHARD LAW GROUP, APC
3579 East Foothill Blvd., No. 338
Pasadena, CA 91107
Telephone: (213) 559-8255
Fax: (213) 402-3949
Email: lonnieblanchard@gmail.com

Attorney for Plaintiff, Cristobal Garcia




The Parties, through their respective counsel, hereby request and stipulate as follows:

WHEREAS, the honorable District Court has set a Settlement Conference in this matter for August 8, 2019 at 9:00 a.m. (Dkt. No. 12) before Magistrate Judge Jennifer L. Thurston, and

WHEREAS, counsel for Defendants is unable to appear in Court on that date (see attached Declaration of Heather D. Hearne, filed concurrently herewith),

The Parties therefore stipulate and respectfully request that the Settlement Conference currently set for August 8, 2019 be rescheduled for October 8, 2019 or such later date as may be selected by the Court.

Respectfully submitted by all Parties on this 17th day of July, 2019

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE**

*/s/ Heather D. Hearne*
Counsel for Defendants


*/s/ Peter Dion Kindem*
Counsel for Plaintiff

3

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE**

# [~~PROPOSED~~] ORDER

The Court, having reviewed the Parties' Joint Stipulation Regarding Settlement Conference, hereby orders that the Settlement Conference currently set for August 8, 2019 is hereby rescheduled for October 8, 2019 at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**July 17, 2019**__        __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE

4

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SETTLEMENT CONFERENCE**

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this 17th day of July, 2019.

*/s/Heather D. Hearne*
Heather D. Hearne

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE**