UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL GARCIA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SCHLUMBERGER LIFT SOLUTIONS LLC,<br><br>　　　　　　Defendants. | CASE NO. 1:18-cv-01261-DAD-JLT<br><br>**ORDER GRANTING IN PART STIPULATION TO VACATE THE CASE SCHEDULE**<br>**(Doc 33)** |

The parties have stipulated to vacate the case schedule due to mediation they have scheduled in March 2020 (Doc. 33). The Court simply cannot allow the matter to stagnate merely because the parties have decided to mediate the case six months into the future. Though the Court will re-set the dates related the class certification motion[1], it will expect that discovery needed to file or oppose the motion, except for that provided below, will be completed in the event the mediation fails.  Thus, the Court **ORDERS**:

　　　　1.　　　The motion for class certification **SHALL** be filed **no later than April 27, 2020**;

　　　　2.　　　Opposition to the motion **SHALL** be filed **no later than June 8, 2020**. During the interval between the filing of the motion and the deadline for the opposition, the defendant may conduct discovery as to the evidence relied upon by plaintiff for the motion for class certification.

---

[1] The parties are reminded of the requirements set forth in the scheduling order related to the motion for class certification.

3. The reply, if any, **SHALL** be filed **no later than July 13, 2020**. During the interval between the filing of the opposition and the deadline for the reply, the plaintiff may conduct discovery as to the evidence relied upon by defendant for the opposition to the motion for class certification.

4. The hearing on the motion for class certification is set for **August 18, 2020**, at 9:30 a.m. before Judge Drozd;

5. All other deadlines and hearings are VACATED.

IT IS SO ORDERED.

Dated: **August 30, 2019**         /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE