PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
2945 Townsgate Road, Suite 200
Westlake Village, CA 19361
Telephone:   (818) 883-4900
Fax:          (818) 338-2533
Email:        peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
5211 East Washington Blvd. # 2262
Commerce, CA 90040
Telephone:   (213) 599-8255
Fax:          (213) 402-3949
Email:        lonnieblanchard@gmail.com

Attorneys for Plaintiff Cristobal Garcia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cristobal Garcia, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>Schlumberger Lift Solutions LLC, a Delaware Limited Liability Company; Schlumberger Rod Lift Inc., a Delaware Corporation; and Does 1 through 10,<br><br>    Defendants. | **Case No. 1:18-cv-01261-DAD-JLT**<br>*(Assigned to the Hon. Dale A. Drozd)*<br><br>**Joint Stipulation Continuing Class Certification Dates**<br><br>**[~~Proposed~~] Order**<br>**(Doc. 39)** |

Plaintiff Cristobal Garcia and Defendants Schlumberger Lift Solutions LLC and Schlumberger Rod Lift, Inc. ("Defendants") jointly stipulate as follows:

WHEREAS, the Parties attended a full-day mediation on March 25, 2020 before Jeffery Krivis;

WHEREAS, the Parties have reached a settlement of Plaintiff's claims for unpaid overtime on safety bonuses and related derivative claims;

WHEREAS, Plaintiff still has other claims pending;

WHEREAS, administrative difficulties resulting from the COVID-19 pandemic have slowed progress on reducing the terms of the settlement to writing;

WHEREAS, difficulties determining how to word the settlement agreement given that other claims remain have also slowed the process;

WHEREAS, the Parties would like to avoid briefing certification with respect to claims they are settling;

WHEREAS, the deadline to file the Motion for Class Certification is currently April 27, 2020;

WHEREAS, the Opposition to Motion deadline is June 8, 2020;

WHEREAS, the Reply to Opposition deadline is July 13, 2020;

WHEREAS, the Class Certification Motion hearing is set for August 18, 2020 at 9:30 a.m.;

THEREFORE, the Parties, by and through their attorneys of record, stipulate and request the following continuance to allow the parties to finalize their settlement agreement before having to file the class certification motion with respect to the unsettled claims and propose the new dates as follows:

1. That the deadline to file the Motion for Class Certification be extended to July 10, 2020;
2. That the deadline to file the Opposition to Motion be extended to August 21, 2020;
3. That the deadline to file the Reply to Opposition be extended to September 25, 2020;
4. That the hearing date currently set for June 25, 2020 be continued to October 27, 2020 or such other date that the Court is available.

Dated: April 17, 2020            THE DION-KINDEM LAW FIRM

BY:   */S PETER R. DION-KINDEM*
        PETER R. DION-KINDEM, P.C.
        PETER R. DION-KINDEM
        Attorney for Plaintiff Cristobal Garcia

Dated: April 17, 2020               The Kullman Firm, PLC


BY:   */s Heather Hearne*
       HEATHER HEARNE
       Attorney for Defendants
       Schlumberger Lift Solutions, LLC and
       Schlumberger Rod Lift Inc.

## ~~PROPOSED~~ ORDER

Based upon the stipulation of the parties, the Court **ORDERS** the case schedule to be amended as follows:

1. The motion for class certification SHALL be filed not later than July 10, 2020;

2. Opposition to the motion for class certification SHALL be filed no later than August 21, 2020;

3. The reply to the opposition, if any, SHALL be filed no later than September 25, 2020;

4. Based upon the Standing Order (Doc. 35), the hearing on the motion for class certification is re-set on November 2, 2020 at 9:00 a.m. before Judge Thurston at the United States Courthouse located at 510 19th Street, Bakersfield, CA.

IT IS SO ORDERED.

Dated:   **April 17, 2020**            **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE