# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL GARCIA, an individual, on behalf of himself and all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SCHLUMBERGER LIFT SOLUTIONS, et al., <br><br> Defendants. | Case No.: 1:18-cv-1261-DAD JLT <br><br> ORDER GRANTING APPROVAL OF THE CLASS NOTICE <br><br> (Doc. 45) |

On July 17, 2020, Plaintiff filed the revised class notice for the Court's approval. (Doc. 45) Review of the notice indicates it includes the revisions required by the Court. In addition, the class notice contains the information required by Rule 23 of the Federal Rules of Civil Procedure, including: the nature of the action, the settlement class preliminarily certified by the Court, the claims to be resolved, representation by counsel, how a class member may comment or object to the settlement, deadlines for responses, and the binding effect of a class judgment. For these reasons, the revised Class Notice is **APPROVED**.

IT IS SO ORDERED.

Dated: **July 20, 2020**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE