1  HEATHER D. HEARNE, SBN 254496
   hdh@kullmanlaw.com
2  **THE KULLMAN FIRM**
   A Professional Law Corporation
3  4605 Bluebonnet Blvd., Suite A
   Baton Rouge, LA 70809
4  Tel.: (225) 906-4245
   Fax: (225) 906-4230
5

6  Attorneys for All Defendants

7
   Peter R. Dion-Kindem, SBN 95267
8  THE DION-KINDEM LAW FIRM
   2945 Townsgate Road, Suite 200
9  Westlake Village, CA 19361
   Telephone: (818) 883-4900
10 Fax: (818) 338-2533
   peter@dion-kindemlaw.com
11

12 Attorneys for Plaintiff, Cristobal Garcia

13 *[additional counsel on next page]*

14              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| **CRISTOBAL GARCIA, an individual, on behalf of himself and all others similarly situated,** | **CASE NO. 1:18-cv-01261-DAD-JLT** |
| **Plaintiff,** | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CLASS CERTIFICATION BRIEFING DATES** |
| v. | **(Doc. 47)** |
| **SCHLUMBERGER LIFT SOLUTIONS LLC, SCHLUMBERGER ROD LIFT, INC., and SCHLUMBERGER TECHNOLOGY CORPORATION,** | |
| **Defendants.** | |

1

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CLASS CERTIFICATION BRIEFING DATES**

ROBERT P. LOMBARDI, *pro hac vice*
rpl@kullmanlaw.com
**THE KULLMAN FIRM**
A Professional Law Corporation
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Tel: (504) 524-4162
Fax: (504) 596-4114

Attorneys for Defendants,
Schlumberger Lift Solutions, LLC,
Schlumberger Rod Lift, Inc., and
Schlumberger Technology Corp.


Lonnie C. Blanchard, III, SBN 93530
THE BLANCHARD LAW GROUP, APC
3579 East Foothill Blvd., No. 338
Pasadena, CA 91107
Telephone: (213) 559-8255
Fax: (213) 402-3949
Email: lonnieblanchard@gmail.com

Attorney for Plaintiff, Cristobal Garcia

  Plaintiff Cristobal Garcia and Defendants Schlumberger Lift Solutions LLC and Schlumberger Rod Lift, Inc. ("Defendants") (collectively "the Parties") jointly stipulate as follows:

  WHEREAS, Plaintiff filed his Motion for Class Certification on July 10, 2020;

  WHEREAS, Defendants' deadline to oppose Plaintiff's Motion is currently set for August 21, 2020 (Dkt. 40);

  WHEREAS, the Court's initial Scheduling Order, issued on November 29, 2018 (Dkt. 12), states that "defendant may conduct discovery as to the evidence relied upon by plaintiff for the motion for class certification … [d]uring the interval between the filing of the motion and the deadline for the opposition";

  WHEREAS, Defendants have requested that 12 depositions of witnesses be taken;

**JOINT STIPULATION AND [**P̶R̶O̶P̶O̶S̶E̶D̶**] ORDER REGARDING CLASS CERTIFICATION BRIEFING DATES**

WHEREAS, Plaintiff's counsel and Plaintiff's witnesses are unavailable to complete the requested number of depositions prior to August 21, 2020, for among other reasons, issues related to the Coronavirus pandemic and other scheduling reasons;

WHEREAS, the Parties agree that, because of counsel and witness unavailability, it is agreeable to all counsel that Defendants have additional time to take discovery to oppose certification;

WHEREAS, Plaintiff's deadline to Reply to Defendant's Opposition is September 25, 2020;

WHEREAS, the Class Certification Motion hearing is set for November 2, 2021 at 9:00 a.m.;

THEREFORE, the Parties, by and through their counsel of record, stipulate and request the following continuance for the reasons set forth above and propose new dates as follows:

1. That the deadline for Defendants to file their Opposition to Plaintiff's Motion be continued to October 26, 2020;

2. That the deadline for Plaintiff to file a Reply to the Opposition be continued to November 30, 2020;

3. That the hearing date currently set for November 2, 2020, be continued to January 6, 2021 or such other date that the Court is available.

Respectfully submitted by all Parties on this 24th day of July, 2020

*/s/ Heather D. Hearne*
Counsel for Defendants

*/s/ Lonnie C. Blanchard*
Counsel for Plaintiff

3

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING DATES**

**[PROPOSED] ORDER**

Based upon the stipulation of the Parties, the Court ORDERS the case schedule to be amended as follows:

1. Defendant's Opposition to Plaintiff's Motion SHALL be filed not later than October 26, 2020;

2. Plaintiff's Reply to the Opposition, if any, SHALL be filed no later than November 30, 2020;

3. The hearing on Plaintiff's Motion for Class Certification is re-set for January 4, 2021 at 9:00 a.m. before Judge Thurston at the United States Courthouse located at 510 19th Street, Bakersfield, California.

IT IS SO ORDERED.

Dated: **July 24, 2020**            **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING DATES**

4