UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL GARCIA, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHLUMBERGER LIFT SOLUTIONS, et al.,<br><br>Defendants. | No. 1:18-cv-01261-DAD-JLT<br><br>AMENDED ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(Doc. Nos. 53, 55) |

This matter is before the court on plaintiff's unopposed motion for final approval of a class action settlement and for an award of attorneys' fees, costs, and incentive payments, filed on behalf of plaintiff Cristobal Garcia. (Doc. No. 53.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 24, 2020, the assigned magistrate judge issued findings and recommendations recommending that the proposed class be certified for settlement purposes and that the parties' class action settlement be approved as fair, reasonable, and adequate. (Doc. No. 55.) In addition, the magistrate judge recommended that plaintiff be awarded $175,000.00 in attorneys' fees (representing one-third of the gross settlement fund of $525,000.00); $14,670.01 in litigation costs; $2,500.00 as a representative incentive payment; and $6,000.00 in claims administration costs for the settlement administrator, Simpluris, Inc. (*Id.* at 37.) The findings and

1

recommendations were served on all parties and contained notice that objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 38.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 24, 2020 (Doc. No. 55) are adopted in full;
2. Plaintiff's motion for final approval of the parties' class action settlement agreement (Doc. No. 53) is granted, the settlement class is certified, and the court approves the settlement as fair, reasonable, and adequate;
   a. The parties are directed to effectuate all terms of the settlement agreement and any deadlines or procedures for distribution therein;
   b. Plaintiff shall receive $2,500.00 as an incentive payment;
   c. Simpluris, Inc. shall receive $6,000.00 in settlement administration costs and expenses;
   d. Class counsel shall receive $175,000.00 in attorneys' fees; and
   e. Class counsel shall receive $14,670.01 in litigation expenses; and
3. The court retains jurisdiction to consider any further applications arising out of or in connection with this settlement.[1]

IT IS SO ORDERED.

Dated: **December 15, 2020**

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court's original order adopting the pending findings and recommendations erroneously dismissed this action with prejudice and directed the clerk of court to close this case. (Doc. No. 56). This amended order reflects this correction. Accordingly, the Clerk of the Court shall correct the docket to reflect that this case is not closed.