PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
3856 Davids Road, Agoura Hills, CA 91301
Telephone: (818) 883-4900
Email: peter@dionkindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
177 East Colorado Blvd., Suite 200
Pasadena, California 91105
Telephone: (213) 599-8255
Email: lonnieblanchard@gmail.com

Attorneys for Plaintiff Cristobal Garcia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cristobal Garcia, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>Schlumberger Lift Solutions LLC, a Delaware Limited Liability Company; Schlumberger Rod Lift Inc., a Delaware Corporation; and Does 1 through 10,<br><br>    Defendants. | **Case No. 1:18-cv-01261-KES-CDB**<br><br>**Joint Stipulation Revising Briefing Schedule for Defendants' Motion for Summary Judgment on the Unpaid Meal Period Claims of Class Members Birdwell and Turner (Food Vendors Too Far Away) Doc. 88**<br><br>**Order Thereon** |

    Plaintiff Cristobal Garcia and Defendants Schlumberger Lift Solutions LLC and Schlumberger Rod Lift, Inc. ("Defendants") (collectively "the Parties") jointly stipulate as follows:

1. Defendants filed a Motion for Summary Judgment on the Unpaid Meal Period Claims of Class Members Birdwell and Turner (Food Vendors Too Far Away) (Document No. 92), which is currently set for hearing on June 10, 2024.

2. Plaintiff's Opposition is currently due on Monday, May 6, 2024.

3. Defendants' Reply is currently due on Thursday, May 16, 2024.

4. An issue has arisen that the Parties are attempting to resolve, but they need more time to attempt to do so. Resolution by the Parties may alleviate the need for judicial intervention. The Parties have agreed to extend the dates for the opposition and reply papers to allow them time to attempt to resolve the issue.

THEREFORE, the Parties, by and through their counsel of record, stipulate and propose the following briefing schedule:

1. Plaintiff's Opposition papers are due on Thursday, May 16, 2024

2. Defendants' Reply papers are due on Monday, May 27, 2024.

3. The hearing date remains unchanged.

Dated: May 3, 2024                */s/ Heather D. Hearne*
                                   Counsel for Defendants

                                  */s/ Peter R. Dion-Kindem*
                                   Counsel for Plaintiff

### ORDER

Based upon the stipulation of the Parties, the Court ORDERS the following briefing schedule:

1. Plaintiff's opposition is due on Thursday, May 16, 2024

2. Defendants' Reply is due on Monday, May 27, 2024.

3. The hearing date remains unchanged.

IT IS SO ORDERED.

Dated:   May 3, 2024
                                   UNITED STATES DISTRICT JUDGE

**Joint Stipulation Revising Briefing Schedule**

**2**