PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
3856 Davids Road, Agoura Hills, CA 91301
Telephone: (818) 883-4900
Email: peter@dionkindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
177 East Colorado Blvd., Suite 200
Pasadena, California 91105
Telephone: (213) 599-8255
Email: lonnieblanchard@gmail.com

Attorneys for Plaintiff Cristobal Garcia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cristobal Garcia, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Schlumberger Lift Solutions LLC, a Delaware Limited Liability Company; Schlumberger Rod Lift Inc., a Delaware Corporation; and Does 1 through 10,<br><br>Defendants. | **Case No. 1:18-cv-01261-KES-CDB**<br><br>**Second Joint Stipulation Revising Briefing Schedule for Defendants' Motion for Summary Judgments on the Unpaid Meal Period Claims of Class Members Birdwell and Turner (Food Vendors Too Far Away) Doc. 88 and Unpaid Meal Period Claims of Class Members Asensio, Gage, and McClain (No Restrictions) Doc. 96**<br><br>**Order Thereon** |

Plaintiff Cristobal Garcia and Defendants Schlumberger Lift Solutions LLC and Schlumberger Rod Lift, Inc. ("Defendants") (collectively "the Parties") jointly stipulate as follows:

1. Defendants filed a Motion for Summary Judgment on the Unpaid Meal Period Claims of Class Members Birdwell and Turner (Food Vendors Too Far Away) (Document No. 92) and Motion for Summary Judgment on the Unpaid Meal Period Claims of Class Members Asensio, Gage,

and McClain (No Restrictions) (Document Number 96), which motions are currently set for hearing on June 10, 2024.

2. Plaintiff's Opposition papers are currently due on Thursday, May 16, 2024.

3. Defendants' Reply is currently due on Monday, May 27, 2024.

4. The Parties are still attempting to resolve the issues of certain class members, but they need more time to attempt to do so. Specifically, Plaintiff's counsel requires time to file a motion to withdraw as counsel of record for one or more of the class members impacted by these motions. The Parties have agreed to extend the dates for the opposition and reply papers to allow Plaintiff's counsel time to get their anticipated motion to withdraw on record.

THEREFORE, the Parties, by and through their counsel of record, stipulate and propose the following briefing schedule:

1. Plaintiff's Opposition papers are due on Thursday, May 23, 2024

2. Defendants' Reply papers are due on Monday, June 3, 2024.

3. The hearing date remains unchanged.

Dated: May 13, 2024                   */s/ Heather D. Hearne*
                                      Counsel for Defendants

                                      */s/ Peter R. Dion-Kindem*
                                      Counsel for Plaintiff

**Second Joint Stipulation Revising Briefing Schedule**

**2**

# ORDER

Based upon the stipulation of the Parties, the Court ORDERS the following briefing schedule:

1. Plaintiff's opposition papers to the two motions are due on Thursday, May 23, 2024.
2. Defendants' Reply papers are due on Monday, June 3, 2024.
3. The hearing date remains unchanged.

IT IS SO ORDERED.

Dated:   May 14, 2024

UNITED STATES DISTRICT JUDGE