Peter R. Dion-Kindem (SBN 95267)
The Dion-Kindem Law Firm
Peter R. Dion-Kindem, P. C.
3856 Davids Road, Agoura Hills, CA 91301
Telephone: (818) 883-4900
Email: peter@dionkindemlaw.com

Lonnie C. Blanchard, III (SBN 93530)
The Blanchard Law Group, APC
177 East Colorado Blvd., Suite 200
Pasadena, California 91105
Telephone: (213) 599-8255
Email: lonnieblanchard@gmail.com

Attorneys for Plaintiff Cristobal Garcia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cristobal Garcia, an individual, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>Schlumberger Lift Solutions LLC, a Delaware Limited Liability Company; Schlumberger Rod Lift Inc., a Delaware Corporation; and Does 1 through 10,<br><br>  Defendants. | **Case No. 1:18-cv-01261-KES-CDB**<br><br>**Third Joint Stipulation Revising Briefing Schedule for Defendants' Motion for Summary Judgments on the Unpaid Meal Period Claims of Class Members Birdwell and Turner (Food Vendors Too Far Away) Doc. 88 and Unpaid Meal Period Claims of Class Members Asensio, Gage, and McClain (No Restrictions) Doc. 96**<br><br>**Order Thereon** |

  Plaintiff Cristobal Garcia and Defendants Schlumberger Lift Solutions LLC and Schlumberger Rod Lift, Inc. ("Defendants") (collectively "the Parties") jointly stipulate as follows:

1. Defendants filed a Motion for Summary Judgment on the Unpaid Meal Period Claims of Class Members Birdwell and Turner (Food Vendors Too Far Away) (Document No. 88) and Motion for Summary Judgment on the Unpaid Meal Period Claims of Class Members Asensio, Gage,

**Third Joint Stipulation Revising Briefing Schedule**

**1**

and McClain (No Restrictions) (Document Number 96), which motions are currently set for hearing on July 15, 2024.

2. Plaintiff's Opposition papers are currently due on Thursday, May 23, 2024.

3. Defendants' Reply is currently due on Monday, June 3, 2024.

4. Plaintiff filed a Motion to Withdraw as Class Counsel for class members Victor Asensio, Erin McClain and Brandon Turner. (Doc. 107.)

5. The Parties consent to postponing the Opposition dates and Reply dates related to Defendants' Motions so that class counsel can seek permission to withdraw from representing these individuals and so that these class members can have an opportunity to retain their own counsel or represent themselves in *pro per* related to the opposition and hearing of these summary judgment motions against them individually. Class Counsel believe that, as a matter of due process and fairness, these class members should have the right to be represented by counsel of their choosing or otherwise be entitled to structure their defenses to the motions against them individually in the manner of their choosing.

THEREFORE, the Parties, by and through their counsel of record, stipulate and propose the following briefing schedule:

1. With respect to these two motions for summary judgment, Plaintiff's Opposition papers are due on Friday, June 28, 2024.

2. With respect to these two motions for summary judgment, Defendants' Reply papers are due on Monday, July 8, 2024.

3. The hearing date remains unchanged.

Dated: May 20, 2024          */s/ Heather D. Hearne*
                             Counsel for Defendants

                             */s/ Peter R. Dion-Kindem*
                             Counsel for Plaintiff

**Third Joint Stipulation Revising Briefing Schedule**

**2**

**<u>ORDER</u>**

Based upon the stipulation of the Parties, the Court ORDERS the following briefing schedule:

1. Plaintiff's opposition papers to the two motions for summary judgment (Docs. 88 & 96) are due on Friday, June 28, 2024.
2. Defendants' reply papers for the two motions for summary judgment (Docs. 88 & 96) are due on Monday, July 8, 2024.

IT IS SO ORDERED.

Dated:   May 21, 2024

_____
UNITED STATES DISTRICT JUDGE